mssb−defntc (Rev. 12/23)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**

In re:  Case No.: 24−51479−KMS
Chapter: 13

Jerry Sims Sr.
1323 Western Ave
Monticello, MS 39654

Social Security / Individual Taxpayer ID No.:
   xxx−xx−4526

Employer Tax ID / Other nos.:

**DEFICIENCY NOTICE**
**(Notice of Missing Documents and**
**Notice of Dismissal if Documents Not Timely Filed)**

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Chapter 13 Plan due 10/30/2024
Aty Disclosure Stmt. due 10/30/2024
Ch13 Income Form 122C−1 due 10/30/2024
Sum. of Assets and Liabilities due 10/30/2024
Schedules A−J2 due 10/30/2024
Stmt. of Fin. Affairs due 10/30/2024

In the event the Schedules, Statements, and Other Documents pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) and/or 3015(b) are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

**Dated:** 10/16/24                     Danny L. Miller, Clerk of Court
                                        Dan M. Russell, Jr. U.S. Courthouse
                                        2012 15th Street, Suite 244
                                        Gulfport, MS 39501

**Note:** Pursuant to Miss. Bankr. L. R. 1009−1, it is the responsibility of the debtor to notice any added creditors. Therefore, if there are creditors listed on the schedules which were not listed when the matrix was initially filed, the debtor/attorney for debtor should notice the added creditors. A copy of the notice with certificate of mailing should be filed simultaneously with the schedules.