```
JERRY SIMS, SR.
1323 WESTERN AVE
MONTICELLO, MS 39654


BRYANT D GUY
BRYANT D GUY ATTY AT LAW PLLC
POB 10173
JACKSON, MS 39286


USDA RURAL HOUSING
POB 66879
SAINT LOUIS, MO 63116


USDA RURAL HOUSING C/O
US ATTY 501 E COURT ST
STE 4.430
JACKSON, MS 39201
```